1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,           ) | No.  1:14-cv-00762---SKO |
|                        ) | |
|       Plaintiff,       ) | **ORDER FOR CONTINUANCE OF CASE** |
|                        ) | **MANAGEMENT CONFERENCE** |
|    vs.                 ) | |
| TRINI'S OIL, INC., dba TRINI'S BEACON, ) | Date: July 31, 2014 |
| et al.,                ) | Time: 10:45 a.m. |
|                        ) | |
|       Defendants.      ) | |
|                        ) | |

WHEREAS, a telephonic Case Management Conference is currently set for July 3, 2014, at 10:30 a.m. in Courtroom 7 (Doc. 7);

WHEREAS, Plaintiff's counsel, Tanya E. Moore, Esq., will be on an international flight returning from a prepaid vacation at the time of the Case Management Conference, and therefore unable to attend at the scheduled time;

WHEREAS, the Court has advised that July 31, 2014, at 10:30 a.m. is available for the Case Management Conference;

//

//

//

1

Plaintiff hereby respectfully requests that the Case Management Conference be continued to 10:30 a.m. on July 31, 2014.

Date: June 9, 2014                           MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Ronald Moore

**ORDER**

Good cause appearing and based on the Court's availability, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for July 3, 2014, is continued to **10:45 a.m.** on July 31, 2014, in Courtroom 7.

IT IS SO ORDERED.

Dated:   **June 9, 2014**                           **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

2