# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:14-cv-00762---SKO |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| TRINI'S OIL, INC., dba TRINI'S BEACON, et al., | |
| Defendants. | |

On July 21, 2014, Plaintiff Ronald Moore ("Plaintiff") filed a Notice of Settlement indicating that all parties in this matter have reached a settlement. (Doc. 16.) Plaintiff indicated it will file dispositional documents pursuant to Local Rule 160 within 21 days of filing the Notice of Settlement.

Accordingly, the Court ORDERS the parties, **by no later than August 11, 2014,** to file appropriate pleadings to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

//

//

1   The Court VACATES all pending matters and dates.  The parties are cautioned that a failure to comply with this order may be grounds for the imposition of sanctions on counsel or any party who violates this order.  *See* Local Rules 160 and 272.

IT IS SO ORDERED.

Dated: **July 24, 2014**                             **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE